

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2020

No. 04-19-00203-CV

**IN THE INTEREST OF L.A.V., A CHILD**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018EM506059
The Honorable Eric Rodriguez, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

On January 23, 2020, an amended reporter's record of the trial court proceedings of April 2, 2019 was filed. The reporter's record reflects that State's Exhibit A, described as "Investigative Review," was admitted in evidence; however, State's Exhibit A is not included in the reporter's record. The reporter's record also reflects that at the end of the hearing, the trial court handed State's Exhibit A back to the State.[1] Texas Rule of Appellate Procedure 34.6(g)(1) provides that "[i]f someone other than the trial court clerk possesses an original exhibit, either the trial court or the appellate court may order that the person deliver the exhibit to the trial court clerk." TEX. R. APP. P. 34.6(g)(1). We therefore ORDER the State to deliver State's Exhibit A to the trial court clerk within ten days from the date of this order. We further ORDER the trial court clerk to file a supplemental clerk's record containing State's Exhibit A ten days after it has been filed with the trial court clerk.

It is so **ORDERED** on February 26, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
CLERK OF COURT

---

[1] At the trial court, the State was represented by Michele K. Jura with the Office of the Attorney General's Child Support Division.